## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 7:23-CR-23-1M

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER WITHDRAWING MOTION** |
| | ) | **FOR REVOCATION** |
| vs. | ) | |
| | ) | |
| **Dallas Sellers** | ) | |
| | ) | |

On September 16, 2024, Dallas Sellers appeared before the Honorable Richard E. Myers II, Chief United States District Judge, in the Eastern District of North Carolina, and upon an early plea of guilty to Simple Possession of Methamphetamine, in violation of 21 U.S.C. §§ 844(a) and 851, was sentenced to Time Served to be followed by a one-year term of supervised release.

On September 4, 2025, a Motion for Revocation was filed alleging that the defendant violated the conditions of supervision by failing to pay his monetary obligations. A summons was issued on September 5, 2025. The Final Revocation Hearing has been scheduled for October 27, 2025. On October 10, 2025, the defendant made a substantial payment to address his delinquency on his financial obligations and subsequently signed an Agreed Order of Payment.

It now appears in the best interest of justice that the Motion for Revocation filed on September 4, 2025, and the summons issued on September 5, 2025, be withdrawn and the term of supervised release be allowed to expire.

This the 24ᵗʰ day of October, 2025.

_Richard E. Myers II_
Richard E. Myers II
Chief U.S. District Judge